**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **REBECCA LOCKRIDGE,**     ) | |
|                             ) | |
|   **Plaintiff**             ) | |
|                             ) | |
| v.                          ) | Civil No. 08-136-P-S |
| **UNIVERSITY OF MAINE SYSTEM,**  ) | |
|                             ) | |
|   **Defendant**             ) | |
|                             ) | |
|                             ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 23, 2009, his Recommended Decision (Docket No. 37). Plaintiff filed her Objection to the Recommended Decision (Docket No. 40) on May 18, 2009. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 41) on June 2, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

      2.      It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 19) is **GRANTED**.

                          /s/George Z. Singal_____
                          Chief U.S. District Judge

Dated: June 4, 2009